# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  21-cv-01008-REB

JASON PAUL SMITH,

      Plaintiff,

v.

ANDREW M. SAUL, Commissioner of Social Security,

      Defendant.

---

## ORDER

---

**Blackburn, J.**

The matter before the court is plaintiff's **Complaint** [#1],[1] filed April 10, 2021. The Local Rules of Practice of the United States District Court for the District of Colorado – AP Rules establish deadlines for the submission of opening, response, and reply briefs in social security appeals.  *See* **D.C.COLO.LAPR** 16.1(b).  To further manage the marshaling and presentation of evidence and arguments in these cases, the court finds and concludes that appropriate page limitations on these written submissions are indicated.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That opening and response briefs shall be limited to no more than **twenty (20) pages**;

      2.  That reply briefs shall be limited to no more than **ten (10) pages**; and

---

[1]  "[#1]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

2

3.  That the foregoing page limitations shall apply to the legal argument portion of the brief or response, but shall not include the cover page, jurisdictional statement, table of contents, or statement of facts and procedural history.

Dated April 13, 2021, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2