**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-1008-REB

JASON PAUL SMITH,

     Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

     Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with the Order for Judgment and Remand [ECF 23] entered by United States District Judge Robert E. Blackburn on February 7, 2022, it is hereby

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed. It is

FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

FURTHER ORDERED that judgment is entered in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993). It is

FURTHER ORDERED that plaintiff is awarded his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED February 7, 2022, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:     s/L.Roberson
        L. Roberson
        Deputy Clerk